No. 256. DENNY ET AL. *v.* WATSON, REAL ESTATE COMMISSIONER OF CALIFORNIA, ET AL. Appeal from the

District Court of Appeal of California, Second Appellate District. *Per Curiam:* The appeal is dismissed. *Morris Lavine* for appellants. *Edmund G. Brown,* Attorney General of California, *Howard Seymour Goldin* and *Lee B. Stanton,* Deputy Attorneys General, for appellees.

